IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CONNIE SUE MATHERLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-CV-216 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is presently before the court for consideration of the report and recommendation [doc. 19] filed by United States Magistrate Judge H. Bruce Guyton on May 16, 2014. There have been no timely objections to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful consideration of this matter, the court is in complete agreement with Magistrate Judge Guyton's conclusion that the Commissioner's summary judgment motion should be granted. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into this ruling, that the Commissioner's motion for summary judgment [doc. 17] is **GRANTED**, and plaintiff's motion for judgment on the

pleadings [doc. 15] is **DENIED**.  This case is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
DEBRA C. POPLIN
CLERK OF COURT

2